

April 12, 2024

**MEMORANDUM**
**TO THE CLERK OF THE COURT**
**EASTERN DISTRICT OF NEW YORK**

RE: **Bloom, Ira**
DOCKET #:  0205 3:05CR00178(AVC)
<u>**Request for Judicial Reassignment**</u>

Reference is made to Ira Bloom (Bloom), who was sentenced by the Honorable Alfred V. Covello, U.S. District Judge for the District of Connecticut, on April 29, 2008, following a guilty plea to Use of a Facility of lnterstate Commerce in the Commission of a Murder for Hire, in violation of 18 U.S.C. §1958(a), a Class C felony; and for Travel in Interstate Commerce in the Commission of a Murder for Hire, in violation of 18 U.S.C. § 1958(a), a Class C felony. Bloom received 120 (one-hundred and twenty) months' imprisonment on both counts, to run consecutive, for a total of 240 (two-hundred and forty) months' custodial sentence, followed by 36 (thirty-six) months' supervised release, and the following special conditions: 1) Mental health treatment. A $200 special assessment fee was also imposed.  Bloom's case was judicially reassigned to the Honorable Robert N. Chatigny, U.S. District Judge for the District of Connecticut.

On January 12, 2022, Bloom was released from custody via the First Step Act and commenced his supervision in the District of Connecticut with the intention of moving to New York. On January 21, 2022, Bloom commenced supervision in the Eastern District of New York (EDNY) due to his residence in Brooklyn, New York. The purpose of this memorandum is to advise that our counterparts in the District of Connecticut have approved a transfer of jurisdiction due to Bloom's residence within the Eastern District of New York.

At this time, we are respectfully requesting that the case be reassigned to a judicial officer in the Brooklyn Courthouse, based on the location of Bloom's residence in Brooklyn, NY. Please see the attached Probation Form 22, Transfer of Jurisdiction containing the signature of the judicial officer in the District of Connecticut.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Ivette Farfan
U.S. Probation Officer

APPROVED BY: _____
Jessica A. Roman
Supervising U.S. Probation Officer